

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00102-CV

**BLUEBIRD MEDICAL ENTERPRISES, LLC** and Alicia Chavira,
Appellants

v.

Rochelle **CHAPARRO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI09342
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we GRANT appellants' motion to dismiss this appeal and DISMISS this appeal. We ORDER that costs of this appeal are taxed against appellants.

SIGNED July 16, 2025.

_____
Rebeca C. Martinez, Chief Justice